UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JOHN ALLEN ROSE § Case No. 6:13-03955-KSJ
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ARVIND MAHENDRU_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 13-03955 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|---|---|
| Case Name: | JOHN ALLEN ROSE | | | | Date Filed (f) or Converted (c): | 04/02/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/08/2013 |
| For Period Ending: | 10/16/2014 | | | | Claims Bar Date: | 08/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TIMESHARE UNIT 136, WEEK 15 CONTRACT #321 | 14,400.00 | 14,400.00 | | 0.00 | FA |
| 2. CASH | 11.00 | 11.00 | | 0.00 | FA |
| 3. FAIRWINDS CHECKING ORLANDO FL | 119.91 | 119.91 | | 0.00 | FA |
| 4. CAPITAL ONE SAVINGS | 0.30 | 0.30 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 332.00 | 332.00 | | 0.00 | FA |
| 6. BOOKS/COLLECTIBLES | 104.00 | 104.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 96.00 | 96.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY | 5.00 | 5.00 | | 0.00 | FA |
| 9. FIREARMS AND HOBBY EQUIPMENT | 280.00 | 280.00 | | 0.00 | FA |
| 10. 403b PLAN FROM ADVENTIST HEALTH RETUREMENT PLAN | 3,670.34 | 3,674.34 | | 0.00 | FA |
| 11. 2007 TOYOTA CAMRY XLE VIN# 4T1BK46K57U523676 | 7,425.00 | 2,600.00 | | 2,600.00 | FA |
| 12. DESK | 25.00 | 25.00 | | 0.00 | FA |
| 13. MACHINERY AND SUPPLIES EQUIPMENT | 165.00 | 165.00 | | 0.00 | FA |
| 14. 2012 tax refund (u) | Unknown | Unknown | | 0.00 | FA |
| 15. 2013 tax refund (u) | Unknown | 0.00 | | 2,653.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $26,633.55 | $21,812.55 | | $5,253.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Asset # 11-2007 TOYOTA CAMRY XLE -Ten (10) consecutive monthly payments of $260.00 beginning on June 25, 2013.
Asset #14- 2012 Tax Refund
Asset #15-2013 Tax Refund
6/25/13 - Notice of Intent to Sell 2007 TOYOTA CAMRY XLE Doc # 15
9/6/13- claims reviewed
3/20/14- Trustee's Report of Sale 2007 TOYOTA CAMRY XLE

Exhibit A

Initial Projected Date of Final Report (TFR): 06/25/2014          Current Projected Date of Final Report (TFR): 06/25/2014

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-03955 | Trustee Name: ARVIND MAHENDRU |
| Case Name: JOHN ALLEN ROSE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6100 |
| | Checking |
| Taxpayer ID No: XX-XXX3627 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/16/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $260.00 | | $260.00 |
| 07/17/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $260.00 | | $520.00 |
| 08/07/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $130.00 | | $650.00 |
| 08/07/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $130.00 | | $780.00 |
| 09/05/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $260.00 | | $1,040.00 |
| 10/29/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $260.00 | | $1,300.00 |
| 11/08/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA Doc # 15 | 1129-000 | $260.00 | | $1,560.00 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,545.00 |
| 12/24/13 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $260.00 | | $1,805.00 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,790.00 |
| 01/21/14 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell | 1129-000 | $260.00 | | $2,050.00 |
| 02/20/14 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL 32803 | 6/25/13 - Notice of Intent to Sell | 1129-000 | $260.00 | | $2,310.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $2,340.00      $30.00

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-03955 | Trustee Name: ARVIND MAHENDRU |
| Case Name: JOHN ALLEN ROSE | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6100 |
| | Checking |
| Taxpayer ID No: XX-XXX3627 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/16/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/14 | 11 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL  32803 | 6/25/13 - Notice of Intent to Sell<br>2007 TOYOTA CAMRY XLE<br>Doc # 15 | 1129-000 | $260.00 | | $2,570.00 |
| 04/30/14 | 15 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Assset #15- 2013 tax refund | 1224-000 | $2,653.00 | | $5,223.00 |
| 05/05/14 | 101 | JOHN ALLEN ROSE<br>2019 WEBER ST<br>ORLANDO, FL  32803 | Debtor Exemptions | 8500-002 | | $1,990.00 | $3,233.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,253.00 | $2,020.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,253.00 | $2,020.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,253.00 | $2,020.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $2,913.00     $1,990.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6100 - Checking | $5,253.00 | $2,020.00 | $3,233.00 |
| | $5,253.00 | $2,020.00 | $3,233.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,253.00 |
| Total Gross Receipts: | $5,253.00 |

# Middle District of Florida
# Claims Register

[6:13-bk-03955-KSJ John Allen Rose](#)

**Chief:** Karen S. Jennemann  **Chapter:** 7
**Office:** Orlando  **Last Date to file claims:** 08/19/2013
**Trustee:** Arvind Mahendru  **Last Date to file (Govt):**

| Creditor: (23259542) [History]<br>Fairwinds Credit Union<br>3075 N. Alafaya Trail<br>Orlando, FL 32826 | **Claim No: 1**<br>Original Filed Date: 05/21/2013<br>Original Entered Date: 05/21/2013 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |
|---|---|---|

| Amount | claimed: | $347.66 |
| Secured | claimed: | $347.66 |

*History:*
| [Details] | 1-1 | 05/21/2013 | Claim #1 filed by Fairwinds Credit Union, Amount claimed: $347.66 (Auto-Claim Filer) |

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):3044

| Creditor: (23259542) [History]<br>Fairwinds Credit Union<br>3075 N. Alafaya Trail<br>Orlando, FL 32826 | **Claim No: 2**<br>Original Filed Date: 05/21/2013<br>Original Entered Date: 05/21/2013 | Status:<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |
|---|---|---|

| Amount | claimed: | $1946.68 |
| Secured | claimed: | $1946.68 |

*History:*
| [Details] | 2-1 | 05/21/2013 | Claim #2 filed by Fairwinds Credit Union, Amount claimed: $1946.68 (Auto-Claim Filer) |

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):1790

| Creditor: (23259047)<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | **Claim No: 3**<br>Original Filed Date: 06/03/2013<br>Original Entered Date: 06/03/2013<br>Last Amendment Filed: 10/16/2014<br>Last Amendment Entered: 10/16/2014 | Status:<br>Filed by: CR<br>Entered by: Internal Revenue Service<br>Modified: |
|---|---|---|

| Amount | claimed: | $8015.04 |

| | | | | |
|---|---|---|---|---|
| Secured | claimed: | $0.00 | | |
| Priority | claimed: | $7401.85 | | |

*History:*

| | | | |
|---|---|---|---|
| Details | 3-1 | 06/03/2013 | Claim #3 filed by Internal Revenue Service, Amount claimed: $9865.08 (Internal Revenue Service) |
| Details | 3-2 | 10/16/2014 | Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $8015.04 (Internal Revenue Service) |

*Description:*

*Remarks:*

---

| *Creditor:* (23604449) FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | **Claim No: 4** *Original Filed Date*: 06/25/2013 *Original Entered Date*: 06/25/2013 | *Status:* *Filed by:* CR *Entered by:* Auto-Claim Filer *Modified:* |
|---|---|---|

| Amount | claimed: | $5080.92 | |
|---|---|---|---|

*History:*

| | | | |
|---|---|---|---|
| Details | 4-1 | 06/25/2013 | Claim #4 filed by FIA CARD SERVICES, N.A., Amount claimed: $5080.92 (Auto-Claim Filer) |

*Description:*

*Remarks:* (4-1) Account Number (last 4 digits):4227

---

| *Creditor:* (23648269) GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | **Claim No: 5** *Original Filed Date*: 07/09/2013 *Original Entered Date*: 07/09/2013 | *Status:* *Filed by:* CR *Entered by:* GE Money Bank *Modified:* |
|---|---|---|

| Amount | claimed: | $503.65 | |
|---|---|---|---|

*History:*

| | | | |
|---|---|---|---|
| Details | 5-1 | 07/09/2013 | Claim #5 filed by GE Capital Retail Bank, Amount claimed: $503.65 (GE Money Bank) |

*Description:*

*Remarks:* (5-1) CAR CARE ONE/GECRB or GEMB

---

| *Creditor:* (23666660) US Dept of Education Claims Filing Unit PO Box 8973 Madison, WI 53708-8973 | **Claim No: 6** *Original Filed Date*: 07/15/2013 *Original Entered Date*: 07/15/2013 | *Status:* *Filed by:* CR *Entered by:* Great Lakes Educational Loan Services (MM) *Modified:* |
|---|---|---|

| Amount | claimed: | $6060.19 | |
|---|---|---|---|

*History:*

| | | | |
|---|---|---|---|
| Details | 6-1 | 07/15/2013 | Claim #6 filed by US Dept of Education, Amount claimed: $6060.19 (Great Lakes Educational Loan Services (MM)) |

*Description:* (6-1) student loans

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23666660)<br>US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | **Claim No: 7**<br>*Original Filed Date*: 07/15/2013<br>*Original Entered Date*: 07/15/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Great Lakes Educational Loan Services (MM)<br>*Modified:* |

Amount claimed: $12143.48

*History:*

| Details | 7-1 | 07/15/2013 | Claim #7 filed by US Dept of Education, Amount claimed: $12143.48 (Great Lakes Educational Loan Services (MM)) |
|---|---|---|---|

*Description:* (7-1) student loans

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23737250)<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 8**<br>*Original Filed Date*: 08/02/2013<br>*Original Entered Date*: 08/02/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |

Amount claimed: $879.54

*History:*

| Details | 8-1 | 08/02/2013 | Claim #8 filed by Capital One, N.A., Amount claimed: $879.54 (Lee, Thomas ) |
|---|---|---|---|

*Description:* (8-1) CREDIT CARD DEBT

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (24506481)<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712  Claimant History | **Claim No: 9**<br>*Original Filed Date*: 08/08/2013<br>*Original Entered Date*: 08/08/2013 | *Status:* Transfer of Claim 21<br>*Filed by:* CR<br>*Entered by:* Bass & Associates, P.C. (AB)<br>*Modified:* |

Amount claimed: $2344.16

*History:*

| Details | 9-1 | 08/08/2013 | Claim #9 filed by Capital One, N.A., Amount claimed: $2344.16 (Bass & Associates, P.C. (AB)) |
|---|---|---|---|
| | 21 | 04/22/2014 | Joint Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor eCAST Settlement Corporation. (Watkins, Jaime) Status: Transfer of Claim |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (23913181)<br>PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | **Claim No: 10**<br>*Original Filed Date*: 09/27/2013<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* National City Bank (T Green) |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

|  | Date: 09/27/2013 | Modified: |
|---|---|---|
| Amount claimed: $75239.11 | | |

History:

| Details | 10-1 | 09/27/2013 | Claim #10 filed by PNC BANK, Amount claimed: $75239.11 (National City Bank (T Green)) |
|---|---|---|---|

*Description:* (10-1) collateral=Unsecured Asset Case-9123 Hastings Beach Blvd.

*Remarks:* (10-1) submitted by=Therese Green 1885

## Claims Register Summary

**Case Name:** John Allen Rose
**Case Number:** 6:13-bk-03955-KSJ
**Chapter:** 7
**Date Filed:** 04/02/2013
**Total Number Of Claims:** 10

| Total Amount Claimed* | $112560.43 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | $2294.34 | |
| **Priority** | $7401.85 | |
| **Administrative** | | |

### PACER Service Center

#### Transaction Receipt

10/16/2014 16:07:39

| **PACER Login:** | am7140:3645203:0 | **Client Code:** | |
|---|---|---|---|
| **Description:** | Claims Register | **Search Criteria:** | 6:13-bk-03955-KSJ Filed or Entered From: 1/1/1900 Filed or Entered To: 10/16/2014 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

/s/ Arvind Mahendru

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:13-03955-KSJ
Case Name: JOHN ALLEN ROSE
Trustee Name: ARVIND MAHENDRU

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ARVIND MAHENDRU | $ | $ | $ |
| Trustee Expenses: ARVIND MAHENDRU | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____
Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fairwinds Credit Union | $ | $ | $ |
| 2 | Fairwinds Credit Union | $ | $ | $ |
| 4 | N. A. Fia Card Services | $ | $ | $ |
| 5 | Ge Capital Retail Bank | $ | $ | $ |
| 6 | Us Dept Of Education | $ | $ | $ |
| 7 | Us Dept Of Education | $ | $ | $ |
| 8 | N. A. Capital One | $ | $ | $ |
| 9 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 10 | Pnc Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | $ | $ | $ |

     Total to be paid to subordinated unsecured creditors     $_____

     Remaining Balance     $_____